AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

ADRIAN HUFF, et al.,

Plaintiff,

V.

WATSON SERVICES, INC.,

Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**07 CIV. 6033**

**WP4**

TO: (Name and address of defendant)

WATSON SERVICES, INC.
47 Grand Street, Box 2428
Newburgh, New York 12550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William D. Frumkin, Esq.
Sapir & Frumkin LLP
399 Knollwood Road, Suite 310
White Plains, New York  10603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*J. Michael McMahon*

**CLERK**

_____
CLERK

*(signature)*

_____
(BY) DEPUTY CLERK

JUN 2 6 2007

_____
DATE

# SAPIR & FRUMKIN LLP

## ATTORNEYS AT LAW

399 KNOLLWOOD ROAD, SUITE 310

WHITE PLAINS, NEW YORK 10603

WRITER'S E-MAIL WFrumkin@sapirfrumkin.com

DONALD L. SAPIR
WILLIAM D. FRUMKIN*

DANIEL T. DRIESEN△
KATHRYN E. WHITE**
EMILY A. ROSCIA
CRISTINA A. FAHRBACH**
WILLIAM F. CUSACK III

*ADMITTED IN NY & CT
**ADMITTED IN NY. & N.J.
△ADMITTED IN NY & MA

TEL: (914) 328-0366
FAX: (914) 682-9128

PARALEGAL
RACHEL L. HORTON

July 3, 2007

_Via UPS Next Day Air_

Seth H. Borden, Esq.
Kreitzman Mortensen, & Borden
100 Wall Street, 23rd Floor
New York, New York 10005

> Re:   **_Teamsters Local 445 Freight Division Pension_**
> **_Fund and Teamsters Local 445 Education and_**
> **_Training Fund v. Watson Services, Inc._**
> **_Civil Action No. 07 Civ. 6033 (WP4)(MDF)_**
> **_Our File No. 04-7501_**

Dear Seth:

In accordance with your telephone conversation with my associate, Will Cusack, this letter confirms your acceptance of service on behalf of Watson Services, Inc.  Accordingly, enclosed please find:

1.   Summons and Complaint;
2.   Standing Order M10-468;
3.   Hon. Mark D. Fox's Individual Rules;
4.   Preliminary Order in Case Designated to WP4 Calendar;
5.   3rd Amended Instructions for Filing an Electronic Case or Appeal;
6.   Guidelines for Electronic Case Filing; and
7.   SDNY Procedures for Electronic Case Filing.

Seth H. Borden, Esq.                    -2-                         July 3, 2007

Please acknowledge receipt of same by your signature below and return it to me as soon as possible. Thank you for your courtesy and cooperation with respect to this matter. If you have any questions, please do not hesitate to contact me.

                                        Very truly yours,

                                        William D. Frumkin

RECEIVED AND ACKNOWLEDGED

                                        7/5/07
Seth Borden, Esq.

WDF:rlh
Encls.

cc:     Adrian Huff, Fund Chairman (via e-mail)
        Sharon Molinelli, Fund Administrator (via e-mail)
        David Kramer, Esq. (via hand delivery)

F:\APPLICAT\WP\TEAMSTER\Watson Services, Inc\Letters\L-Borden Service 07 03 07 wpd\rlh\dp