UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 FREIGHT DIVISION
PENSION FUND and TEAMSTERS LOCAL 445           07 – Civ. - 6033
EDUCATION and TRAINING FUND,

                          Plaintiff,

-against-

WATSON SERVICES, INC.,

                          Defendant.

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of Defendant WATSON SERVICES, INC.'s *ANSWER* was served this day by ECF upon the following:

                William D. Frumkin, Esq.
                SAPIR & FRUMKIN
                399 Knollwood Road, Suite 310
                White Plains, New York 10603

                _____
                Seth H. Borden

DATED:    July 20, 2007