UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 FREIGHT DIVISION
PENSION FUND and TEAMSTERS LOCAL 445         07 – Civ. - 6033
EDUCATION and TRAINING FUND,

                          Plaintiff,

                                                                          **RULE 7.1**
                                                                          **STATEMENT**

-against-

WATSON SERVICES, INC.,

                          Defendant.

-----------------------------------------------------------------------x

       Defendant **WATSON SERVICES, INC.**, hereby certifies pursuant to Fed. R. Civ. Pro. 7.1 that it is a privately-held company, and that no publicly held corporation owns 10% or more of its stock.

                                                  KREITZMAN MORTENSEN & BORDEN
                                                 Attorneys for Defendant
                                                        WATSON SERVICES, INC.
                                                 100 Wall Street, 23rd Floor
                                               New York, New York 10005
                                              BY: _____
                                                     SETH H. BORDEN (SB-4583)

DATED: July 20, 2007