**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF Case

-----------------------------------x

ADRIAN HUFF, as Chairman of the Board of Trustees of TEAMSTERS LOCAL 445 FREIGHT DIVISION PENSION FUND and TEAMSTERS LOCAL 445 EDUCATION and TRAINING FUND,

Civil Action No. 07 Civ. 6033 (KMK)(MDF)

Plaintiff,

- against -

WATSON SERVICES, INC.,

Defendant.

**CIVIL CASE MANAGEMENT PLAN**

U.S. DISTRICT COURT FILED AUG 27 2007 S.D. OF N.Y. W.P.

-----------------------------------x

1. This case **is not** to be tried by jury.

2. Initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1) shall be exchanged by **August 27, 2007**.

3. No additional parties may be joined after **September 24, 2007**.

4. No pleading may be amended after **September 24, 2007**.

5. All discovery, *including expert discovery*, must be completed on or before **November 26, 2007**.

6. The following discovery is necessary in order for the parties to be able to consider settlement prior to the completion of all discovery: **Interrogatories, Requests for Productions of Documents, Depositions, Requests to Admit** and will be completed no later than **November 26, 2007**, after which the parties may request a settlement conference.

7. Any *in limine* motions shall be served and filed no later than 60 days after the close of discovery. No pretrial order will be required unless specifically ordered by the Court.

8. No motion for summary judgment may be served after the date the pre-trial submissions are due. *The filing of a motion for summary judgement does not relieve the parties of*

Copies mailed / handed / faxed to counsel ___/___/___

*the obligation to file the pre-trial submissions on the assigned date in the absence of an Order providing such relief.* Any opposition to a summary judgment motion shall be served and filed no later than 60 days after service of the motion; reply papers, if any, shall be served and filed no later than 10 days after service of the opposition. Page limits for such motions are governed by the designated Magistrate Judge's individual practices.

9. Discovery disputes will be resolved under the White Plains Magistrate Judges' standard Discovery Order. The existence of a discovery dispute will not result in any extension of the discovery deadline or trial-ready date.

10. This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the time this order is entered. Counsel should not assume that extensions will be granted as a matter of routine.

11. Counsel must confer about the prospect of consenting to the jurisdiction of the designated Magistrate Judge for all purposes, including trial, pursuant to 28 U.S.C. § 636(c). If the parties consent, then all proceedings, including trial, will take place before the designated Magistrate Judge. Consent forms for this purpose are available on the Court's website, and consent may occur at any time during the proceedings.

Dated: 8/27/07
White Plains, New York

SO ORDERED:

_____
United States Magistrate Judge

F:\APPLICAT\WP\TEAMSTER\Watson Services, Inc\June 2007 Complaint\Civil Case Management Plan.wpd\dp

2

MARK D. FOX
United States Magistrate Judge
Southern District of New York