USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADRIAN HUFF,

                Plaintiff,

-v-

WATSON SERVICES, INC.,

                Defendant.

Case No. 07-CV-6033 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

At the Pre-Motion Conference held before the Court on February 8, 2008, the Court adopted the following scheduling order for the Parties' respective motions for summary judgment:

Movant's papers shall be served upon opposing counsel not later than March 10, 2008.

Opposition papers are to be served upon opposing counsel not later than April 7, 2008.

Reply papers are to be served upon opposing counsel not later than April 21, 2008.

Sur-reply papers shall not be accepted or filed without the Court's prior permission.

Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

The movant shall electronically file their motion and reply papers with the Clerk only when the motion are fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that their papers are being filed. Courtesy copies are to be served on the opposing party by the assigned date. Two courtesy copies of all papers also shall

be sent to this Court at the time they are served upon opposing counsel.

If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:    White Plains, New York
          February 8, 2008

                                              KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE