UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 FREIGHT DIVISION
PENSION FUND and TEAMSTERS LOCAL 445     07 – Civ. - 6033
EDUCATION and TRAINING FUND,

                          Plaintiff,

                                                                **NOTICE OF MOTION**

  -against-

WATSON SERVICES, INC.,

                          Defendant.

------------------------------------------------------------------x

     **PLEASE TAKE NOTICE** that, upon the Affirmation of Seth H. Borden dated March 10, 2008, and the exhibits annexed thereto, and Defendant's Memorandum of Law in Support, and upon all pleadings and prior proceedings heretofore had herein, and upon any further documents that the Court might consider, Defendant **WATSON SERVICES, INC.**, by its attorneys, **KREITZMAN, MORTENSEN & BORDEN**, will move this Court, on the 10th day of April, 2008, or as soon thereafter as counsel can be heard, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment and dismissing Plaintiff's Complaint; and, for such other and further relief as this Court may deem just and proper.

Dated: New York, New York
      March 11, 2008

                                      **KREITZMAN MORTENSEN & BORDEN**
                                      Attorneys for Defendant
                                      **WASTON SERVICES, INC.**
                                      100 Wall Street, 23rd Floor
                                      New York, New York 10005
                                      (212) 252-9050

By:      _____
                                      SETH H. BORDEN (SB-4583)