UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 FREIGHT DIVISION
PENSION FUND and TEAMSTERS LOCAL 445          07 – Civ. – 6033 (KMK)
EDUCATION and TRAINING FUND,

                              Plaintiff,

                                                                      **AFFIRMATION OF**
   -against-                                                       **SERVICE**

WATSON SERVICES, INC.,

                              Defendant.

------------------------------------------------------------------x

**SETH H. BORDEN,** an attorney duly admitted to practice law before this Court, affirms under the penalties of perjury that on March 11, 2008, in connection with the above-captioned action, I served a:

    (a) Notice of Motion;

    (b) Declaration of Seth H. Borden in Support of Defendant's Motion for Summary Judgment;

    (c) Rule 56.1 Statement of Material Facts in Support of Defendant's Motion for Summary Judgment; and

    (d) Memorandum of Law in Support of Defendant's Motion for Summary Judgment;

upon Counsel for Plaintiff, SAPIR & FRUMKIN LLP, whose address is 399 Knollwood Road, Suite 310, White Plaints, New York 10603, via Federal Express overnight, airbill number 8646-5077-9625.

Dated: New York, New York
      March 11, 2008

      **KREITZMAN MORTENSEN & BORDEN**
      Attorneys for Defendant
      **WATSON SERVICES, INC.**
      100 Wall Street, 23rd Floor
      New York, New York 10005
      (212) 252-9050

By: _____
     SETH H. BORDEN (SB-4583)