UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 FREIGHT DIVISION
PENSION FUND and TEAMSTERS LOCAL 445      07 – Civ. – 6033 (KMK)
EDUCATION and TRAINING FUND,

                        Plaintiff,

                                                                         **AFFIRMATION OF**
    -against-                                                         **SERVICE**

WATSON SERVICES, INC.,

                        Defendant.

------------------------------------------------------------------x

**SETH H. BORDEN,** an attorney duly admitted to practice law before this Court, affirms under the penalties of perjury that on April 21, 2008, in connection with the above-captioned action, I served a Reply Memorandum of Law in Support of Defendant's Motion for Summary Judgment upon Counsel for Plaintiff, SAPIR & FRUMKIN LLP, whose address is 399 Knollwood Road, Suite 310, White Plaints, New York 10603, via Federal Express overnight, airbill number 8646-5077-9706.

Dated: New York, New York
       April 21, 2008

                                                **KREITZMAN MORTENSEN & BORDEN**
                                                Attorneys for Defendant
                                                **WATSON SERVICES, INC.**
                                                100 Wall Street, 23rd Floor
                                                New York, New York 10005
                                                (212) 252-9050

                           By:   _____
                                  SETH H. BORDEN (SB-4583)