UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

ECF Case

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ADRIAN HUFF, as Chairman of the Board of Trustees of TEAMSTERS LOCAL 445 FREIGHT DIVISION PENSION FUND and TEAMSTERS LOCAL 445 EDUCATION and TRAINING FUND,

Civil Action No. 07 Civ. 6033 (KMK)(MDF)

       Plaintiff,

**NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

 - against -

WATSON SERVICES, INC.,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE,** that upon the attached Declaration of William D. Frumkin, Esq., with exhibits thereto, Plaintiff's Memorandum of Law, Plaintiff's Rule 56.1 Statement, and the pleadings and proceedings in this action, Plaintiff will move before the Hon. Kenneth M. Karas, United States District Judge, in the United States Courthouse, Courtroom 434, located at 300 Quarropas St., White Plains, New York 10601, for summary judgment granting the Complaint in its entirety and granting such other relief as the Court deems just, proper, and equitable.

Dated: White Plains, New York  
   March 11, 2008

Respectfully submitted,  
**SAPIR & FRUMKIN LLP**

By:  /s/ William D. Frumkin  
   William D. Frumkin (WF2173)  
   William F. Cusack III (WC2497)  
   Attorneys for Plaintiff  
   399 Knollwood Road, Suite 310  
   White Plains, New York 10603  
   (914) 328-0366

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )ss.:
COUNTY OF WESTCHESTER       )

RACHEL L. HORTON, being duly sworn, deposes and states as follows:

That deponent is not a party to this action, is over 18 years of age and resides at Hopewell Junction, New York. On the 11th day of March, 2008, your deponent served the within NOTICE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT upon:

Seth H. Borden, Esq.
Kreitzman Mortensen, & Borden
100 Wall Street, 23rd Floor
New York, New York 10005

the address designated by said attorney for that purpose, by depositing a true copy of same enclosed in a post-paid wrapper, by UPS Next Day Air.

/Rachel L. Horton

Sworn to before me this
11th day of March, 2008.

Notary Public

DANIEL T. DRIESEN
Notary Public State of New York
No. 02DR6091375
Qualified in Westchester County
Commission Expires April 28, 20 11