Case 7:07-cv-06033-KMK   Document 19-6   Filed 04/21/2008   Page 1 of 2

Exhibit 5

# PENSION FUND LOCAL 445



BOX 2572, NEWBURGH, NEW YORK 12550

(845) 564-4076
Fax (845) 564-1769

March 13, 2006

WATSON SERVICES, INC.
47 GRAND ST
NEWBURGH, NY 12550

Post-It™ brand fax transmittal memo 7671  # of pages ▶ 3
To Kellie Walker  From Sharon
Co.  Co.
Dept.  Phone #
Fax #  Fax #

Re: Late Payment Charges

Payments are due by the 10th of the month. Our records show you were delinquent in your Monthly/Weekly payments. 10% Late Charges apply as follow.

| Month | Pension | Edu. & Trng |
|---|---|---|
| Previously Billed | | |
| July-2005 | $1,138.26 | $206.96 |
| August -2005 | $ 890.62 | $161.93 |
| September-2005 | $1,295.54 | $237.23 |
| October-2005 | $1,234.70 | $185.48 |
| November-2005 | $1,271.21 | $181.60 |
| December-2005 | $1,356.02 | $193.71 |
| Total due | $7,186.35 | $1,166.91 |

Failure to remit within Ten days of receipt of this letter will result in legal or economic action. This course of action will be strictly enforced.

Thank you,

*Carmen M. Hernandez*

Carmen M. Hernandez
Pension Fund
Education & Training Fund
Freight Division
X109

CC: D. McCauley
    S. Molinelli
    A. Huff
    M. Smith