Exhibit 7

## PENSION FUND LOCAL 445



O BOX 2572, NEWBURGH, NEW YORK 12550

(845) 564-4076
Fax (845) 564-1769

April 4, 2006

WATSON SERVICES, INC.
47 GRAND ST
NEWBURGH, NY 12550

Re: Late Payment Charges

Payments are due by the 10th of the month. Our records show you were delinquent in your Monthly/Weekly payments. 10% Late Charges apply as follow.

| Month | Pension | Edu. & Trng |
|---|---|---|
| Previously Billed | | |
| July-2005 | $1,138.26 | $206.96 |
| August-2005 | $ 890.62 | $161.93 |
| September-2005 | $1,295.54 | $237.23 |
| October-2005 | $1,234.70 | $185.48 |
| November-2005 | $1,271.21 | $181.60 |
| December-2005 | $1,356.02 | $193.71 |
| January-2006 | $1,183.08 | $169.01 |
| Total due | $8,369.43 | $1,335.92 |

Failure to remit within Ten days of receipt of this letter will result in legal or economic action. This course of action will be strictly enforced.

Thank you,

Carmen M. Hernandez
Pension Fund
Education & Training Funds
Freight Division
**X109**

CC: D. McCauley
    S. Molinelli
    A. Huff
    B. Russell