Case 7:07-cv-06033-KMK    Document 19-10    Filed 04/21/2008    Page 1 of 3

Exhibit 9

## PENSION FUND LOCAL 445



P.O. BOX 2572, NEWBURGH, NEW YORK 12550

(845) 564-4076
Fax (845) 564-1769

July 31, 2006

Watson Services, Inc.
47 Grand St
Newburgh, NY 12550

Gentlemen:

Our records show that you owe approximately $ 29,367.78 in contributions for the month of May & June - 2006. This amount is approximate based on the last payment received.

| Month | Pension | Edu. & Trng |
|---|---|---|
| May-2006 | $12,848.44 | $1,835.45 |
| June-2006 | $12,848.44 | $1,835.46 |
| **Totals Due** | **$25,696.88** | **$3,670.90** |

If payment is not received within Five days of receipt of this letter your File will be turned over to the Funds Administrator for probable legal action.

Thank You.

*Carmen M. Hernandez* (signature)

**Carmen M. Hernandez**
Pension, Education
& Training Funds
Freight Division
X109

CC: D. McCauley
    S. Molinelli
    A. Huff
    B. Russell

Handwritten notes:
```
            P            E+T
May    11,865.00      1,694.55
June   11,840.51      1,691.50
                    [27,091.05]
```



**Watson Services Inc.**
**Calculation of Interest on Penison Late Payments**

Interest Rate 8%

| Month | Due Date | Date Paid | Number of days late | Prinipal Amount | Interest Amount |
|---|---|---|---|---|---|
| July 2005 | Aug 15 | Sept 16 | 32 | $11,382.62 | $79.83 |
| August 2005 | Sept 15 | Oct 27 | 57 | $8,906.25 | $111.27 |
| September 2005 | Oct 15 | Nov 28 | 44 | $10,471.77 | $100.99 |
| October 2005 | Nov 15 | Dec 20 | 35 | $12,240.22 | $93.90 |
| November 2005 | Dec 15 | Feb 07, 2006 | 53 | $12,712.19 | $147.67 |
| December 2005 | Jan 15 | Feb 22, 2006 | 38 | $13,560.23 | $112.94 |
| January 2006 | Feb 15 | March 24, 2006 | 37 | $11,830.81 | $95.94 |
| February 2006 | March 15 | April 28, 2006 | 44 | $12,616.98 | $121.68 |
| March 2006 | April 15 | May 30, 2006 | 45 | $14,089.24 | $138.96 |
| April 2006 | May 15 | June 30, 2006 | 46 | $12,848.44 | $129.54 |
| | | | | | $1,132.72 |