UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
ADRIAN HUFF, as Chairman of the Board of Trustees of
TEAMSTERS LOCAL 445 FREIGHT DIVISION
PENSION FUND and TEAMSTERS LOCAL 445              07 – Civ. – 6033  (KMK)
EDUCATION and TRAINING FUND,

                              Plaintiff,

                                                 **AFFIRMATION OF**
        -against-                                **SERVICE**


WATSON SERVICES, INC.,

                              Defendant.
----------------------------------------------------------------------x

        **SETH H. BORDEN,** an attorney duly admitted to practice law before this Court, affirms

under the penalties of perjury that April 8, 2008, in connection with the above-captioned action, I

served:

>       (a) Defendant's Response to Plaintiff's Rule 56.1 Statement of Material Facts in
>       Support of Plaintiff's Motion for Summary Judgment; and
>
>       (b) Defendant's Response Memorandum of Law in Opposition to Plaintiff's
>       Motion for Summary Judgment;

upon Counsel for Plaintiff, SAPIR & FRUMKIN LLP, whose address is 399 Knollwood Road,

Suite 310, White Plains, New York 10603, via Federal Express overnight, airbill number 8646-

5077-9897.

Dated: New York, New York
        April 8, 2008

                              **KREITZMAN MORTENSEN & BORDEN**
                              Attorneys for Defendant
                              **WATSON SERVICES, INC.**
                              100 Wall Street, 23rd Floor
                              New York, New York 10005
                              (212) 252-9050

                    By:       _____
                              SETH H. BORDEN (SB-4583)