## **CERTIFICATE OF SERVICE**

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        )ss.:

RACHEL L. HORTON, being duly sworn, deposes and states as follows:

I hereby certify that I am not a party to this action and am over 18 years of age. I further certify that on April 21, 2008, a copy of the AFFIDAVIT OF ADRIAN HUFF IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt including:

>Seth H. Borden, Esq.
>Kreitzman Mortensen, & Borden
>100 Wall Street, 23rd Floor
>New York, New York 10005

Parties may access this filing through the Court's electronic filing system

>/s/ Rachel L. Horton
>Rachel L. Horton