UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ADRIAN HUFF as Chairman of Bd of
TEAMSTERS LOCAL 445 FREIGHT DIV.
PENSION FUND et al.
                         Plaintiff,

                        07 CIVIL 6033 (KMK)

          -against-

WATSON SERVICES, INC.
                         Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **SETH BORDEN**

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        SB 4683

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☑ *Law Firm/Government Agency Association*

    From: KREITZMAN MORTENSEN + BORDEN

    To: KILPATRICK STOCKTON LLP

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ Address: 31 W. 52ND STREET, NEW YORK, NY 10019

☑ Telephone Number: 212-775-8700

☑ Fax Number: 212-775-8800

☑ E-Mail Address: sborden@kilpatrickstockton.com

Dated: 5/28/08